UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

APR 17 2024

Nathan Ochsner, Clerk of Court

RYAN JOSHUA DIAZ

_____/

Plaintiff(s)

vs.

CASE NO. 24CV 486

WASTE CONNECTIONS US, INC

_____/

Defendant(s)

## MOTION FOR PERMISSION TO USE THE ELECTRONIC FILING SYSTEM

Ryan Joshua Diaz, proceeding pro se, respectfully requests permission from this honorable court to register for and use the Electronic Filing System for the purposes of this case. The undersigned is currently not represented by counsel and seeks to utilize the electronic filing system to ensure timely and efficient management of this case.

This request is made to facilitate the handling of documents associated with this case, as electronic filing offers a more efficient and reliable method for filing and monitoring court documents. Given that all parties and the court benefit from the streamlined and accessible nature of electronic submissions, granting this motion would serve the interests of justice by promoting procedural efficiency and case management.

In the event that a non-attorney e-filing account is not granted, this document serves as a formal request to establish an alternative method of electronic service for all legal documents pertinent to the current case. The purpose of nominating a designated email address for such service is to guarantee efficient and trustworthy communication among the court, counsel, and involved parties. This email address is intended to create a dependable record for the service of pleadings, motions, orders, and other judicial correspondences relevant to the proceedings. I have been actively engaging with the Defendant's attorney through email and have issued a request for their written consent to serve future documents via this method.

In compliance with the requirements set forth by the Southern District of Texas, the undersigned hereby designates ryand423@gmail.com as the official email address for service. This address is to be used for all electronic communications unless otherwise ordered by the court. Please note that this consent to electronic service is revocable at the discretion of the undersigned. It is the responsibility of the undersigned to notify all parties and the court in a timely manner should there be any changes to the designated email address for service. Additional contact information, if required, is listed below:

1

Secondary Email: ryand423@outlook.com
Phone Number: 281-384-8767

Granting this motion will not prejudice any party involved in this case. The undersigned assures the court that he/she will comply with all requirements and procedures associated with the use of the Electronic Filing System, including maintaining the confidentiality and security of login credentials.

Based on the foregoing, Ryan Joshua Diaz respectfully requests that this Court issue an order permitting him/her to register for and use the Electronic Filing System in this case.

Respectfully submitted on 2024-04-17,

*/s/ Ryan Joshua Diaz*
Ryan Joshua Diaz
27479 Vivace Drive Spring, Texas 77386
ryand423@gmail.com
(281) 384-8767

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| RYAN JOSHUA DIAZ | |
|---|---|
| _____ / | |
| **Plaintiff(s)** | |
| vs. | CASE NO. 24CV 486 |
| WASTE CONNECTIONS US, INC | |
| _____ / | |
| **Defendant(s)** | |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that a true and correct copy of the foregoing has been furnished by Email or E-Service, U.S. Postal Service on 2024-04-17 to the following:

- David M. Gregory, Locke Lord LLP, Attorney for Waste Connections US, Inc, 600 Travis 2800 JPMORGAN Chase Tower Houston, Texas 77002, dgregory@lockelord.com

Ryan Joshua Diaz
27479 Vivace Drive Spring, Texas 77386
ryand423@gmail.com
(281) 384-8767