United States District Court
Southern District of Texas
**ENTERED**
April 18, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RYAN JOSHUA DIAZ, | § § § § | |
| Plaintiff, | | |
| VS. | § § | CIVIL ACTION NO. 4:24-CV-00486 |
| WASTE CONNECTIONS, | § § § § | |
| Defendant. | | |

## ORDER

Pending before the Court is the plaintiff's motion for permission to use the electronic filing system (ECF) (Dkt. No. 5). The motion is Denied.

It is so ORDERED.

SIGNED on April 18, 2024, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge